## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 02, 2024

Mr. Scott Alan Brooks
Ms. Ruth E. Burdick
Mr. Dennis Martin Devaney
Ms. Elizabeth Ann Heaney
Mr. Joel Abraham Heller
Ms. Rachel Nora Helton
Mr. G. Roger King
Mr. Maneesh Sharma
Mr. Brian D. Shekell

Re: Case No. 23-1335/23-1403, *NLRB v. McLaren Macomb*
Originating Case No. : 07-CA-263041

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **January 24, 2024**.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc:  Ms. Jane Lauer Barker
     Mr. Maurice Baskin
     Mr. Carter Glasgow Phillips